**FILED**
May 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ARTURO YANEZ, Jr., and<br>MARIO RAYES, et al.,<br><br>       Defendant. | CASE NO.  1:22-CR-00143-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

  Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Indictment filed on May 19, 2022, and docket pertaining to defendants Arturo Yanez, Jr. and Mario Rayes, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **May 26, 2022**

                               _____
UNITED STATES MAGISTRATE JUDGE