UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ARTURO YANEZ, JR.<br><br>            Defendant. | Case No. 1:22-cr-00143-DAD-BAM<br><br>ORDER REQUIRING COUNSEL FOR DEFENDANT ARTURO YANEZ TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO APPEAR |

On March 7, 2025, the Court set a status conference in this matter for May 14, 2025. (Doc. 123.) Mario P. Tafur, counsel for Defendant Arturo Yanez, Jr., failed to appear at the status conference on May 14, 2025. Accordingly, defense counsel Mario Tafur is HEREBY ORDERED to SHOW CAUSE in writing on or before **May 21, 2025,** why sanctions should not be imposed for failure to comply with the Court's March 7, 2025 order and failure to appear at the May 14, 2025 status conference. **Failure of counsel to respond by May 21, 2025, will result in the imposition of sanctions.**

IT IS SO ORDERED.

　　Dated:   **May 14, 2025**                          /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1