1  MARIO TAFUR, ESQ. (SBN: 329899)
   **BULLDOG LAW, P.C.**
2  500 N. Central Avenue, Ste. 610
   Glendale, CA 91203
3  mario@severolegal.com
   Telephone: (310)-612-3869
4  Fax: (323) 967-7155

5

6  Attorneys for Defendant
   Arturo Yanez

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:22-CR-00143-DAD-BAM

12                 Plaintiff,

13  v.                                     STIPULATION TO VACATE THE STATUS
                                           CONFERENCE AND SET A NEW DATE TO
14  ARTURO YANEZ                           ENTER DEFENDANT'S PLEA AND ORDER

15                 Defendant.

16

17      Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18  through defendant's counsel of record Mario Tafur, hereby stipulate as follows:
19      By this stipulation and proposed order, the parties request that the Status Conference set for May
20  14, 2025, at 1:00 pm, be vacated.
21      The parties agree and stipulate, and request that the Court vacate the Status Conference since
22  defendant has signed the plea offer received by the government. For this reason, we are requesting that
23  the court vacate the Status Conference and set a new date of June 30, 2025, for a change of plea.
24      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within
25  which trial must commence, the time period of May 14, 2025 to  June 30, 2025, inclusive, is deemed
26  excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a
27  continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends
28

of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

Dated: May 13, 2025,                    MICHELLE BECKWITH
                                        Acting United States Attorney

                                         /s/Stephanie Stokman
                                        Stephanie M Stokman
                                        Assistant United States Attorney

Dated: May 13, 2025,                    Bulldog Law, P.C.

                                         /s/ Mario Tafur
                                        Counsel for Defendant
                                        Arturo Yanez

### ORDER

IT IS SO ORDERED that the jury trial set for June 24, 2025 and trial confirmation set for June 2, 2025 are vacated. A change of plea hearing is set for **June 30, 2025, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 14, 2025**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE